

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALYSSA RENE SHAW, | § | No. 08-23-00089-CR |
| Appellant, | § | Appeal from the |
| v. | § | 385th Judicial District Court |
| THE STATE OF TEXAS, | § | of Midland County, Texas |
| Appellee. | § | (TC#CR54796) |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on Appellant's voluntary motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a) (governing voluntary dismissal of appeals in criminal cases). Appellant represents in the motion that she no longer wishes to pursue this appeal. The motion is signed by Appellant's counsel and contains an "Authorization to Withdraw Appeal" form, which also bears Appellant's signature. We have not yet issued an opinion in this case. Accordingly, we grant the motion to dismiss, and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).


GINA M. PALAFOX, Justice

October 26, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.